UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHELIA Y. LEE )<br>        Plaintiff, )<br>v. )<br>     )<br>DEPUTY KIMBRELL, *Officer of the Cumberland* )<br>*County Sheriff's Department, in his individual* )<br>*capacity* )<br>        Defendant. ) | **JUDGMENT**<br>No. 5:21-CV-374-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on the court's order to show cause.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 13, 2022, and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to respond to text order entered January 13, 2022 and for failure to prosecute by failing to provide proposed summons for defendant Deputy Kimbrell.

**This Judgment Filed and Entered on January 28, 2022, and Copies To:**
Shelia Y. Lee (via CM/ECF Notice of Electronic Filing)

January 28, 2022                        PETER A. MOORE, JR. CLERK
                                                /s/ Sandra K. Collins
                                                (By) Sandra K. Collins, Deputy Clerk